# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  BRYANT E. BEAL & MARY A. BEAL  
702 MEADOW CROSSING TRAIL  
ROSCOE, IL  61073  

SSN-xxx-xx-3685 & xxx-xx-0567

Case Number: 06-70671

Case filed on:  4/21/2006  
Plan Confirmed on: 9/29/2006  

D Dismissed

Total funds received and disbursed pursuant to the plan: $6,754.12          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 3,000.00 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 3,000.00 | 0.00 |
| 004 | HOMECOMINGS FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | WASHINGTON MUTUAL HOME LOANS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | INTERSTATE FUNDING CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | BRYANT E. BEAL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ABN AMRO MORTGAGE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | GENERATIONS CREDIT UNION | 12,336.77 | 0.00 | 0.00 | 0.00 |
| 003 | HOMECOMINGS FINANCIAL NETWORK | 8,974.32 | 292.13 | 292.13 | 0.00 |
| 005 | WASHINGTON MUTUAL BANK | 18,806.90 | 18,806.90 | 1,454.22 | 0.00 |
| 007 | WINNEBAGO COUNTY CLERK | 4,000.00 | 4,000.00 | 839.62 | 761.26 |
|  | Total Secured | 44,117.99 | 23,099.03 | 2,585.97 | 761.26 |
| 009 | LVNV FUNDING LLC | 2,759.61 | 2,759.61 | 0.00 | 0.00 |
| 010 | ADT SECURITY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ALLIED BUSINESS ACCOUNTS INC | 1,260.05 | 1,260.05 | 0.00 | 0.00 |
| 012 | LAW OFFICES OF KIMBERLY J WEISSMAN | 453.09 | 453.09 | 0.00 | 0.00 |
| 013 | BOYLAN TUITION MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CAMELOT RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | LVNV FUNDING LLC | 4,692.47 | 4,692.47 | 0.00 | 0.00 |
| 017 | COLLIN & STUNE FUNERAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CORNERSTONE CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | DEFINITY HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | DIRECTV, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | DR. BURTON MOORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | DR. WIMAL FEMANDO | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | NATIONAL ACCOUNT SYSTEMS INC | 206.00 | 206.00 | 0.00 | 0.00 |
| 024 | NATIONAL CITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | NICOR GAS | 1,939.57 | 1,939.57 | 0.00 | 0.00 |
| 026 | ORAL & MAXILLOFACIAL SURGERY SPECIALISTS | 404.00 | 404.00 | 0.00 | 0.00 |
| 027 | PHYSICIANS IMMEDIATE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | ROCKFORD E A S | 975.40 | 975.40 | 0.00 | 0.00 |
| 029 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | ROCKFORD MERCANTILE AGENCY INC | 1,640.80 | 1,640.80 | 0.00 | 0.00 |
| 031 | MUTUAL MANAGEMENT SERVICES | 714.81 | 714.81 | 0.00 | 0.00 |
| 032 | ROCKFORD HEALTH PHYSICIANS | 204.00 | 204.00 | 0.00 | 0.00 |
| 033 | CHECK IT | 48.75 | 48.75 | 0.00 | 0.00 |
|  | Total Unsecured | 15,298.55 | 15,298.55 | 0.00 | 0.00 |
|  | Grand Total: | 62,416.54 | 41,397.58 | 5,585.97 | 761.26 |

Total Paid Claimant:       $6,347.23  
Trustee Allowance:         $406.89  
Percent Paid Unsecured:    0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008                    By  /s/Heather M. Fagan